# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TODD WILLIAM GREEN

NO. 2023 KW 0708

SEPTEMBER 25, 2023

---

In Re:     Todd William Green, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 23-FELN-046190.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** The record of the Livingston Parish Office of the Clerk of Court reflects that on June 30, 2023, the district court denied relator's motion to quash. Furthermore, the allegations raised by relator in the motion to quash concerning the State's offer of a plea are not one of the enumerated grounds to quash a bill of information. See La. Code Crim. P. art. 532.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT